**Motion Granted and Order filed November 20, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00129-CV

_____

**ACE PARKING MANAGEMENT, INC., Appellant**

**V.**

**MAIN STREET PARKING, LIMITED AND BRANTLY MINOR, AND REALTY DISCOVERY CONSULTANTS, INC., Appellees**

**&**

_____

## NO. 14-13-00195-CV

_____

**BRANTLY MINOR, Appellant**

**V.**

**ACE PARKING MANAGEMENT, INC., Appellee**

On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2009-50648

## ORDER

On November 15, 2013, a joint motion was filed to clarify filing deadlines for the parties' briefs. The motion is granted:

• the deadlines for the filing of both side's respective response briefs in Cause No. 14-13-00129CV and Cause No. 14-13-0195-CV are set for December 27, 2013; and

•the respective reply briefs shall be filed on or before the 40th day after the filing of the response briefs.

Otherwise, the schedule and word-count requirements contained in the our March 29, 2103 Order of Consolidation are preserved.


PER CURIAM